

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2019

No. 04-12-00515-CR

Ronnie Lynn **JAMES**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-0560-CR
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice (not participating)
              Marialyn Barnard, Justice (not participating)
              Rebeca C. Martinez, Justice

This court issued its opinion in this case on October 2, 2013. Justice Angelini, Justice Barnard, and Justice Martinez participated in the decision. On November 20, 2018, the original panel struck as untimely a document filed by appellant pro se, which appellant describes as a petition for writ of mandamus.[i] Justice Angelini and Justice Barnard retired from this court on December 31, 2018.

On January 15, 2019, appellant filed another pro se document in the form of a letter in reply to the November 20, 2018 order, which in substance seeks reconsideration or rehearing of the November 20, 2018 order.

Rule 49.3 of the Texas Rules of Appellate Procedure provides, "A motion for rehearing may be granted by a majority of the justices who participated in the decision of the case. Otherwise it must be denied." *See* TEX. R. APP. P. 49.3. Under the circumstances presented, appellant's letter, which we construe as a motion for rehearing, cannot be granted by a majority of the justices who participated in the decision of this case. The motion for rehearing is therefore DENIED. *See id.*

We **order** the clerk of this court to serve a copy of this order on all counsel and the pro se appellant.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court